# Court of Appeals
# of the State of Georgia

ATLANTA,     May 15, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1232.  FORD v. THE STATE.**

The appeal in this case was docketed on March 7, 2014.  Appellants' brief and enumeration of errors were due on March 27, 2014.  As of the date of this Order, Appellant has not filed his brief and enumeration of errors, nor has he requested an extension or otherwise communicated with the Court.  Accordingly, this appeal is hereby dismissed as abandoned. See Court of Appeals Rule 23 (a); *Reese v. State*, 216 Ga. App. 773 (456 SE2d 271) (1995).

To Marcus Ford:  Your appeal has been DISMISSED because your brief and enumeration of errors were not filed when due.  If you have decided you do not want to appeal, you need not do anything more.  However, if you do still want to appeal, you may have the right to an OUT-OF-TIME APPEAL – but you MUST TAKE ACTION to exercise that right by moving for an out-of-time appeal in the trial court. If your motion for an out-of-time appeal is denied, you may appeal that denial to this court within thirty (30) days of the trial court's decision.  See: *Rowland v. State*, 264 Ga. 872 (452 SE2d 756) (1995).



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* 05/15/2014
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*